```
                                                                FILED
                                                             NOV 28 2006
                 UNITED STATES DISTRICT COURT
                                                          RICHARD W. WIEKING
                 NORTHERN DISTRICT OF CALIFORNIA         CLERK, U.S. DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
                                                                 OAKLAND
```

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

REGINA BARROW,

    Defendant.
_____/

No. CR-06-00592-MJJ

**ORDER RE: DEFENDANT TO RESIDE AT THE HALFWAY HOUSE PENDING HER SUPERVISED RELEASE REVOCATION PROCEEDINGS**

With the concurrence of the United States Probation Officer Laurie Santos, and without objection from the Assistant United States Attorney Keslie Stewart, the Court hereby enters the following Orders:

IT IS HEREBY ORDERED that defendant Regina Barrow must reside **forthwith** at the halfway house pending her Supervised Release revocation proceedings before District Judge Martin J. Jenkins. The defendant must comply with all the conditions of her Supervised Release as previously imposed by District Judge William O. Bertelsman of Eastern District of Kentucky and as directed by the United States Probation Officer. The defendant must abide by all the rules and regulations of the halfway house. The defendant may leave the halfway house for court appearances and as directed by the United States Probation Officer. The Court is giving the United States Probation Officer the discretion to allow the defendant to leave the halfway house to spend time with her family during the holidays.

IT IS FURTHER ORDERED that all parties must appear before District Judge Martin J. Jenkins on Thursday, December 21, 2006 at 2:00 p.m. for Status or Setting of Supervised Release revocation hearing.

IT IS SO ORDERED.

Dated: 11-28-06

                                              WAYNE D. BRAZIL
                                              United States Magistrate Judge

cc: All parties via ECF, WDB's Stats, Probation, Monica Tutson, Marshal