BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12TH St. – Suite 650
Oakland, CA 94607-3627
Tel. 1-510-637-3500

Counsel for Defendant BARROW

**FILED**

DEC 11 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> REGINA BARROW <br> Defendant. | No. CR 06-00592-MJJ (WDB) <br><br> [~~PROPOSED~~] ORDER |

Based upon the letter of counsel and the approval of the Probation Officer, and good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Ms. Barrow to eat food brought into the Halfway House from outside. She may bring it herself, provided she has been approved to leave the halfway house by the Probation Officer, or she may have food delivered to her. She may not have food delivered to her by her partner, Charlie Adrian Johnson.

Dated: 12-11-06

Hon. Wayne D. Brazil
United States Magistrate Judge

cc: WDB's *stats*, Copy to parties matt
Monica Tutson, ~~[illegible]~~, Probation