BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Suite 650
Oakland, CA 94607-3627
Tel. (510)-637-3500

Counsel for Defendant BARROW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-00592-MJJ |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER FOR CONTINUANCE |
| REGINA BARROW, | ) | |
| Defendant. | ) | |

**ORDER**

Based on the reasons provided in the stipulation of the parties,

IT IS ORDERED that the STATUS ON REVOCATION HEARING date of December 21, 2006, scheduled at 2:30 p.m., before the Honorable Martin J. Jenkins, be vacated and reset as a STATUS ON REVOCATION HEARING for January 19, 2007 at 2:30 p.m.

DATED: 1/17/2007

_____
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

- 1 -